# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CRISTIANO DINIZ and ANTONIO THOMAS, individually and on behalf of all those similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) ALPHA OB GYN GROUP, P.C. and DR. DANIEL E. MCBRAYER SR., ) ) ) Defendants. ) | CIVIL ACTION NO.: 1:12-cv-02621-LMM |

## ORDER APPROVING SETTLEMENT AGREEMENTS AND DISMISSING ACTION WITH PREJUDICE

The above-captioned case is before the Court for consideration of the parties' Joint Motion for Court Review and Approval of the Parties' Settlement Agreement, and Dismissal of Case with Prejudice. The Court has considered and reviewed the proposed settlement agreement in this case and has determined that it is fair and equitable in all respects.

The Court held a hearing on this matter on June 22, 2015. Accordingly, the Court hereby grants the parties' Joint Motion, approves the settlement agreement entered into by the parties, and incorporates the terms of the settlement agreement into this Order. The Court expressly retains jurisdiction to enforce the settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S.Ct. 1673

(1994). The parties are directed to file a Joint Stipulation of Dismissal with Prejudice once the terms of the settlement agreement have been satisfied. The Clerk is directed to **ADMINISTRATIVELY CLOSE**[1] this civil action.

**IT IS SO ORDERED** this 22nd day of June, 2015.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.